LOUIS SIMON and Another, Respondents, v. MAX LINDEN, Appellant.—

Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.